UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16cv21121 (MARTINEZ-GOODMAN)

VICTIM

Plaintiff,

vs.

OUR KIDS OF MIAMI-DADE/MONROE, INC., WESLEY HOUSE FAMILY SERVICES, INC., and FLORIDA KEYS CHILDREN'S SHELTER, INC.

Defendants.
_____/

## MEDIATOR'S REPORT TO COURT

Please be advised that the above styled case were successfully mediated between April 4-11, 2017. The attorneys of record are proceeding to prepare their settlement documentation, and will file their appropriate dismissal documents in due course.

Please note that said attorneys have done an outstanding job in achieving resolution of this case while representing the best interests of their clients.

I appreciate the opportunity to have been of assistance to the parties, their counsel, and the Court

Respectfully submitted,

*[signature]*
Rodney A. Max

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically furnished this 12th day of April, 2017, to the following:

David P. Horan, Esquire
Horan Wallace & Higgins, LLP
608 Whitehead Street
Key West, FL 33040
305-294-4585 / 305-294-7822
david@hwhkeywest.com

Howard M. Talenfeld, Esquire
Stacie J. Schmerling, Esquire
Talenfeld Law
Bank of America Plaza
1776 N. Pine Island Road, Suite 222
Fort Lauderdale, FL 33322
754-888-5437 / 954-644-4848
howard@justiceforkids.us
stacie@justiceforkids.us

Christopher S. Morin, Esquire
George H. Featherstone, Esquire
Murray Morin & Herman, P.A.
101 East Kennedy Boulevard, Suite 1810
Tampa, FL 33602
813-222-1800 / 813-222-1801
cmorin@mmhlaw.com
gfeatherstone@mmhlaw.com

Arthur J. Laplante, Esquire
Daniel A. Krawiec, Esquire
Michelle Zeiger, Esquire
Hinshaw & Culbertson, LLP
One East Broward Blvd., Suite 1010
Fort Lauderdale, FL 33301-1866
954-467-7900 / 954-467-1024
alaplante@hinshawlaw.com
dkrawiec@hinshawlaw.com
mzeiger@hinshawlaw.com

Ana M. Saruski, Esquire
Mintzer Sarowitz Zeris Ledva & Meyers, LLP
1000 NW 57th Court, Suite 300
Miami, FL 33126
305-774-9966 / 305-774-7743
asaruski@defensecounsel.com

_____
RODNEY A. MAX

**UPCHURCH WATSON WHITE & MAX**
125 South Palmetto Avenue
Daytona Beach, FL 32114
800-264-2622